KERN, SEGAL & MURRAY
Philip A. Segal (SBN 137633)
phil@kndslaw.com
15 Southgate Avenue, Suite 200
Daly City, CA 94015
Tel: (415) 474-1900 Fax: (415) 474-0302

Attorneys for Plaintiff
ADAM CHAITIN-LEFCOURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CHAITIN-LEFCOURT,<br><br>          Plaintiff,<br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the state of California, SAN FRANCISCO POLICE DEPARTMENT; SFPD OFC CHRISTOPHER M. DUNNE #1775; SFPD OFC NASER #4289; SFPD OFC CHEW #2088; SFPD OFC TOM #621 SFPD OFC CHAVARIN #77; ANOTHER PLANET ENTERTAINMENT, LLC; ADMIRAL SECURITY SERVICES, INC.; ASHLEY SAJLIAGA SALMIA; and DOES I through X, inclusive<br>                              Defendants | No. 3:20-cv-05822<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,
2  other than the named parties, there is no such interest to report.
3
4  DATED: August 18, 2020
5                                          KERN, SEGAL & MURRAY
6
7                                    By:    /s/ Philip A. Segal
8                                              PHILIP A. SEGAL
                                            phil@kndslaw.com
9                                              Attorney for Plaintiff,
                                            ADAM CHAITIN-LEFCOURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28