Jianlin Song (SBN 289226)
Jianlin.Song@wilsonelser.com
Peter Catalanotti (SBN 230743)
Peter.Catalanott@wilsonelser.com
Jenny Chien (SBN 327918)
Jenny.Chien@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Cross-Defendant
HEALTHRIGHT 360 (erroneously sued as HEALTHRIGHT 360, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CHAITIN-LEFCOURT,<br><br>           Plaintiff,<br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the State of California, SAN FRANCISCO POLICE DEPARTMENT; SFPD OFC CHRISTOPHER M. DUNNE #1775; SFPD OFC NASER #4289; SFPD OFC CHEW #2088; SFPD OFC TOM #621; SFPD OFC CHAVARIN #77; ANOTHER PLANET ENTERTAINMENT, LLC; ADMIRAL SECURITY SERVICES, INC.; ASHLEY SAJLIAGA SALMIA; and DOES I through X, inclusive,<br><br>           Defendants.<br><br>ANOTHER PLANET ENTERTAINMENT, LLC,<br>           Cross-complainant,<br>     vs.<br><br>IPS SECURITY, INC.; HEALTHRIGHT 360, INC. and DOES 1 to 50, inclusive,<br><br>           Cross-defendants. | Case No. 3:20-cv-05822-RS<br><br>**JOINT STIPULATION TO AMEND INITIAL CASE MANAGEMENT SCHEDULING ORDER AND ORDER**<br><br>Complaint filed: August 18, 2020<br><br>Judge: Hon. Richard Seeborg |

1

On August 19, 2021, this Court issued an Initial Case Management Scheduling Order setting this case for trial (Docket No. 66). The Court set trial to commence on October 3, 2022 at 9:00 a.m., and a final pretrial conference on September 21, 2022 at 10:00 a.m. The Court also set all corresponding pretrial deadlines.

On November 23, 2021, Cross-Defendant HealthRight 360 ("HR 360") and Cross-Complainant Another Planet Entertainment, LLC ("Another Planet") filed a Stipulation to Set Aside Default Judgment and to Deem HR 360's Answer to Cross-Complaint Filed. (Docket No. 70) On November 24, 2021, the Court granted the said Stipulation and vacated default judgment against HR 360. (Docket No. 71)

As HR 360 has just joined this action, all parties in this action have stipulated to amend the Court's Initial Case Management Scheduling Order to extend the trial date, pretrial conference date, and all pretrial deadlines by a period of 90 days.

IT IS HEREBY STIPULATED, by and among all parties in this action, through their respective counsel of record, that the trial dates and pretrial deadlines be continued as follows:

1. The parties agree that fact discovery cutoff date is extended to July 15, 2022;
2. The parties agree that expert designation deadline is extended to August 15, 2022;
3. The parties agree that supplemental and rebuttal expert designation deadline is extended to September 12, 2022;
4. The parties agree that expert discover cutoff date is extended to October 3, 2022;
5. The parties agree that a further Case Management Conference is extended to July 21, 2022 at 10:00 a.m., or on any later date at the Court's convenience;
6. The parties agree that dispositive pretrial motions, including motion for summary judgment, shall be heard no later than October 27, 2022;
7. The parties agree that the final pretrial conference shall be held on December 21, 2022 at 10:00 a.m., or on any later date at the Court's convenience;
8. The parties agree that a jury trial shall commence on January 3, 2023 at 9:00 a.m., or on any later date at the Court's convenience.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD SIGNED BELOW:

Dated:  January 7, 2022                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: /s/ Jianlin Song
    Jianlin Song, Esq.
    Peter Catalanotti, Esq.
    Jenny Chien, Esq.
    Attorneys for Cross-Defendant
    HEALTHRIGHT 360, INC
E-signature authorized on Jan 7, 2022

Dated: January 7, 2022                    KERN SEGAL & MURRAY


By:  /s/ Phillip Segal
    Phillip Segal Esq.
    Attorney for Plaintiff
    Adam Chaitin-Lefcourt
E-signature authorized on Jan 7, 2022


Dated:  January 6, 2022                    MICHEL & FACKLER


By: _/s/ Jeffrey D. Kirk_
    Michael D. Michel, Esq.
    Jeffrey D. Kirk, Esq.
    Attorneys for Cross-complainant
    ANOTHER PLANET ENTERTAINMENT


Dated: January 7, 2022                    OFFICE OF THE CITY ATTORNEY


By: /s/ Ryan Stevens
    Ryan Stevens, Esq.
    Attorney for Defendant and Cross-Complainant
    City and County of San Francisco
E-signature authorized on Jan 7, 2022

Dated: January 7, 2022　　　　　　KASEM, KO & AHMED

　　　　　　　　　　　　　　　　　By:  /s/ Ahmed Kasem
　　　　　　　　　　　　　　　　　　　　Ahmed Kasem
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Admiral Security Inc.
　　　　　　　　　　　　　　　　　E-signature authorized on Jan 7, 2022

## **ORDER**

The Court, having considered the STIPULATION and having found GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

The Initial Case Management Scheduling Order is amended and the trial date and all pretrial deadlines set forth therein are extended as the parties have stipulated.

Dated: January  7 , 2022

By: _____
　　Honorable Richard Seeborg
　　Chief United States District Judge