UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM CHAITIN-LEFCOURT,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 20-cv-05822-RS

**DISCOVERY REFERRAL**

Pursuant to Civil Local Rule 72-1, the motion to compel mental examinations of plaintiff (Dkt. No. 79), and any future discovery disputes, are referred to a randomly assigned magistrate judge for resolution.

**IT IS SO ORDERED**.

Dated: June 8, 2022

_____
RICHARD SEEBORG
Chief United States District Judge